# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Boggs, Danny J | 2. Court or Organization<br><br>Sixth Circuit Court of Appeals | 3. Date of Report<br><br>05/15/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Chief Judge (Active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>220 United States Courthouse<br>601 W. Broadway St.<br>Louisville, KY 40202 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Foundation for Research on Economics & the Environment |
| 2. Counselor | Louis D. Brandeis American Inn of Court |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 MAY 20 A 9: 15 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Boggs, Danny J | 05/15/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 11/15/2007 | CATO Institute, Washington, DC (payment in lieu of honorarium, to charity) | $ 2,000 |
| 2. 7/13/2007 | Foundation for Research on Economics and the Environment, Bozeman, MT (payment in lieu of honorarium, to charity) | $ 1000 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | Benefits Review Board, Department of Labor |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Pennsylvania Law School | 1/17-19/2007 | Philadelphia, PA | Moot Court Competition | Transportation, 2 days' meals and lodgning |
| 2. | UCLA Law School | 3/20-22/2007 | Los Angeles, CA | Moot Court Competition | Transportation, 2 days' meals and lodging |
| 3. | George Mason University School of Law | 4/27-5/3/2007 | Arlington, VA | Idea of America Seminar | Transportation, 6 days' meals and lodging |
| 4. | Ohio State Bar Association | 5/18/2007 | Cincinnati, OH | Panel-Appellate Advocacy | Transportation and one meal |
| 5. | Foundation for Research | 7/22-26/2007 | Bozeman, MT | Econ./Energy & the | Transportation, 4 days' meals and lodging |

| Name of Person Reporting | | Date of Report |
|---|---|---|
| Boggs, Danny J | | 05/15/2008 |

|  | on Economics and the Environment | | | Law | |
|---|---|---|---|---|---|
| 6. | National Conference of Bankruptcy Judges, Cincinnati, OH | 10/10-13/2007 | Orlando, FL | Panelist-Judicial Adm'n. | Transportation, 3 days' meals and lodging |

| Name of Person Reporting | | Date of Report |
|---|---|---|
| Boggs, Danny J | | 05/15/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Sallie Mac Loan Corp. - Wilkes Barre, PA | Student Loans | M |
| 2. | Bank of America - Wilmington, DE | Credit Card Loan for Education | K |
| 3. | US Bank Home Mortgage - Owensboro, KY | Mortgage on Bowling Green Rental House | K |
| 4. | Chase - Wilmington, DE | Credit Card Loan | K |
| 5. | Discover - Wilmington, DE | Credit Card Loan | J |
| 6. | AT&T - Universal Card - Sioux Falls, SD | Credit Card Loan | J |
| 7. | Capital One - Richmond, VA | Credit Card Loan | K |
| 8. | | | |
| 9. | | | |
| 10. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boggs, Danny J | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 1/2 interest in rental house, in Bowling Green, KY | B | Rent | K | Q | | | | | |
| 2. JP Morgan Chase Bank, Lou., KY (checking/savings accounts) | A | Interest | L | T | | | | | |
| 3. Carriage house on ███ residence property, Louisville, Ky | D | Rent | M | S | | | | | |
| 4. IRA Account - Chase Bank, Louisville, KY | B | Int./Div. | L | T | | | | | |
| 5. Israel Bonds | A | Interest | J | T | | | | | |
| 6. Wachovia/JP Morgan Chase Sec. IRA Account | B | Int./Div. | M | T | | | | | |
| 7. Wachovia/JP Morgan Chase Sec. Account Stan.& Poor DR* | B | Int./Div. | J | | | | | | |
| 8. * 7) 600 SPDR | | | | | Sell | 1/3 | L | E | |
| 9. * 7) 500 SPDR | | | | | Sell | 4/24 | L | E | |
| 10. * 7) 400 SPDR | | | | | Sell | 9/18 | K | D | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boggs, Danny J | 05/15/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Item VII. 1.  The appraisal on this house in Bowling Green, Ky was done in 2002.

Item VII. 4.  Carriage house is part of a common residential property that is our home and is otherwise exempt from disclosure.  I am reporting this asset value as a proportinate share of the value of the whole property, as we received income from renting the carriage house.  The assessment was as of early 2007.

Item VII. 5.  JP Morgan Chase Bank IRA consists of shares of Standard & Poor Deposit Receipts and money market funds.

Item VII. 6.  IRA transferred from Wachovia to JP Morgan Chase in June 2007.  Consists of shares of Standard & Poor Deposit Receipts, Israel Bonds, and money market funds.

Item VII. 7.  Account closed in 2007.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544